# Court of Appeals
# of the State of Georgia

ATLANTA, September 09, 2013

*The Court of Appeals hereby passes the following order:*

## A13D0520. PHILLIP A. JONES v. UNION CITY GOVERNMENT, GEORGIA et al.

Phillip A. Jones filed a tort action against Wal-Mart and Union City. The trial court granted the defendants' motion for summary judgment, and Jones filed a notice of appeal from this ruling. When Jones failed to pay costs, the defendants moved to have the appeal dismissed. See OCGA § 5-6-48 (c). Jones then filed a motion to waive appeal costs under OCGA § 15-6-77 (e) (4). The trial court denied the motion, and Jones filed this application for discretionary appeal.

Because Jones's notice of appeal and the motion to dismiss the appeal remain pending in the trial court, the order that Jones wishes to appeal is interlocutory in nature. And "a party seeking appellate review from an interlocutory order must follow the interlocutory application subsection, OCGA § 5-6-34 (b), seek a certificate of immediate review from the trial court, and comply with the time limitations therein." (Citation omitted.) *Bailey v. Bailey*, 266 Ga. 832, 833 (471 SE2d 213) (1996); see also *Boyd v. State*, 191 Ga. App. 435 (383 SE2d 906) (1989). OCGA § 5-6-35, which governs the discretionary appeal procedure, does not excuse a party seeking appellate review of an interlocutory order from complying with the additional requirements of OCGA § 5-6- 34 (b). See *Bailey v. Bailey*, 266 Ga. 832 (471 SE2d 213) (1996). Accordingly, Jones's failure to comply with the interlocutory appeal procedure deprives us of jurisdiction, and this application for discretionary appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* 09/09/2013

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____ *, Clerk.*